Maceo JACKSON, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 88342.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 13, 2007.

Jessica M. Hathaway, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joshua N. Corman, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

## ORDER

PER CURIAM.

The movant, Maceo Jackson, appeals the motion court's denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 29.15(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's denial of the movant's Rule 29.15 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).